**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| MAURER, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:25-cv-17625-CPO-EAH |
| PCF RESTAURANT GROUP, LLC, | : | |
| Defendant. | : | |

**NOTICE OF SETTLEMENT**

The Plaintiff hereby informs the Court that the parties have settled the above-captioned matter and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 3rd day of August 2026,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.