**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DENNIS MAURER,<br><br>Plaintiff,<br><br>vs.<br><br>PCF RESTAURANT GROUP LLC,<br><br>Defendant. | Case No. 1:25-cv-17625-CPO-AMD |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 31st day of August 2026,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiffs*

/s/ Jeffrey P. Resnick
Jeffrey P. Resnick, Esq.
Sherman, Silverstein, Kohl, Rose & Podosky P.A.
East Gate Corporate Center
308 Harper Drive, Suite 200
Moorestown, NJ 08057
(856) 661-2085
jresnick@shermansilverstein.com
*Attorney for Defendant*